# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALBERT DEAN SARPY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAVIER PULIDO, et al.,<br><br>　　　　　Defendants.<br>_____ | Case No. ED CV 12-426-GAF (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Defendants have not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that defendants' Motion to Dismiss is denied. Defendants are ordered to answer the Second Amended Complaint within fourteen days of this Order.

DATED: June 11, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE GARY A. FEES
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE