JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALBERT DEAN SARPY,<br><br>              Plaintiff,<br><br>  v.<br><br>JAVIER PULIDO, et al.,<br><br>              Defendant. | Case No.  ED CV 12-426-GAF (SPx)<br><br>**JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

    IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiff take nothing, that the action be dismissed on the merits and that Defendants recover their costs in the amount to be determined according to statue/code.

    IT IS SO ORDERED.

DATED: October 3, 2014

_____
Judge Gary Allen Feess
United States District Court

**JS-6**